UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 16-23899-CIV-O'SULLIVAN

[CONSENT]

ELLERY MAYNARD, as grandfather and
legal guardian of KYLEE-ANN ROSE
GEISINGER, a minor

      Plaintiff,

v.

MSC CRUISES S.A. f/k/a MSC CROCIERE, S.A
and RUDY SAMUEL SANTOS HERNANDEZ,

      Defendants.
_____/

## **ORDER APPROVING SETTLEMENT**

**THIS MATTER** is before me pursuant to the parties' Notice of Settlement of All Claims and Petition for Approval of Settlement Pursuant to Florida Statute §744.387(3)(a). The Court has reviewed the parties' Petition, the terms of the settlement, the record and the relevant legal authorities. For the reasons stated on the record at the July 5, 2017 hearing, the Court finds that the settlement reached in this case involving minor Plaintiff, KYLEE-ANN ROSE GEISINGER, is fair, reasonable and in all parties' best interest. The minor's considerations have been taken into account and there is no apparent conflict between the grandfather and the minor. For these reasons, it is not necessary to appoint a guardian ad litem in this case. Accordingly, it is

**ORDERED and ADJUDGED** that the parties' Petition is **GRANTED** and their settlement is **APPROVED**. It is further

**ORDERED and ADJUDGED** that the annuity has an internal rate of return of 2.64% tax free. DEFENDANT, MSC CRUISES S.A. will fund the annuity and sign the Qualified Assignment in accordance with Internal Revenue Code Section 130(c). None of the periodic payments may be accelerated, deferred, increased or decreased and may not be anticipated, sold, assigned or encumbered. It is further

**ORDERED and ADJUDGED** that the funds distributed to a custodial account are to be used for the sole and exclusive medical and psychological needs of the minor Plaintiff through the age of majority. The custodial account shall be administered by ELLERY MAYNARD, as grandfather and legal guardian of the minor Plaintiff. Any unused funds remaining in the custodial account when the Plaintiff reaches the age of majority shall pass directly to the Plaintiff. It is further

**ORDERED and ADJUDGED** that the Plaintiff shall submit a notice of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), within sixty (60) days of this Order. If the parties desire the Court to have continuing jurisdiction to enforce the terms of their settlement agreement, they must condition their notice or motion upon this Court entering an order retaining jurisdiction. See *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012).

The Clerk is directed to **CLOSE** this case. All pending motions, if any, are **DENIED** as moot.

**DONE AND ORDERED** in chambers in Miami, Florida, on this 5 day of July, 2017.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to: All counsel of record